**Dismiss and Opinion Filed August 26, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00173-CR
No. 05-13-00174-CR
No. 05-13-00175-CR

**MICHAEL DAVID ORY, APPELLANT**

**V.**

**THE STATE OF TEXAS, APPELLEE**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-82844-2011, 219-82846-2011, 219-82847-2011**

## MEMORANDUM OPINION
Before Justices Lang, Myers, and Evans

Appellant has filed motions to dismiss the appeals. Appellant's counsel has approved the motions. The Court **GRANTS** the motions and **ORDERS** that the appeals be **DISMISSED** and this decision be certified below for observance.[1] See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

---

[1] Appellant did not file a motion to dismiss his appeal in cause no. 05-13-00172-CR, and that case remains pending before the Court.